LeRoy Paul, alias LeRoy Pollokofski, Appellant, v. Samuel A. Stritch, D. D., Archbishop of Roman Catholic Church of Chicago et al., Appellees.

Gen. No. 43,204.

opinion filed February 13, 1946; released for publication March 8, 1946. John G. Riordan, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H: Symmes, Charles R. Morrow and John M. O'Connor, Jr., of counsel. Opinion by JUSTICE LEWE. Not to be published in full.